UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS S. FAULKNER, TRUSTEE, | § § | |
| Plaintiff/Appellee, | § § | Civ. Action No. 4:12-cv-0854 |
| v. | § § | |
| VICKIE WALKER, | § § | |
| Appellant. | § § | |

## MEMORANDUM AND ORDER

The Court's prior Memorandum and Order (Doc. No. 12) issued July 13, 2012 is hereby WITHDRAWN. This Memorandum and Order is issued in its place.

This appeal is remanded to Bankruptcy Court. On remand, the Bankruptcy Court is asked to address the following:

1. Is the March 1, 2012 Order (Doc. No. 649 in 10-mp-0301) appealed from within the subject matter jurisdiction of the Bankruptcy Court?

2. Is the Order appealed from a final order?

3. Are the continuing sanctions still in effect against Ms. Vickie Walker?

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on this the 18th day of July, 2012.

KEITH P. ELLISON
US DISTRICT COURT JUDGE