IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS S. FAULKNER, TRUSTEE, | § |
| | § |
| Plaintiff/Appellee, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 4:12-cv-854 |
| VICKIE WALKER, | § |
| | § |
| Appellant. | § |

## MEMORANDUM AND ORDER

Appellant's Motion for Reconsideration (Dkt. No. 18) is **GRANTED**. The dismissal of the appeal (Minute Entry of December 6, 2012) is **VACATED**.

Appellee's Motion To Dismiss (Dkt. No. 4) will be considered with the merits after full briefing by the parties. Appellant's Brief is due by February 4, 2013. Appellee's Brief is due by February 25, 2013. Appellant will be allowed to file a Reply Brief by March 11, 2012.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas this the 16th day of January, 2013.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE